2026 05 29 143900

Civil Action No. 2:26-cv-11618

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Caremark, LLC</u> was received by me on *(date)* <u>Jun 1, 2026, 12:53</u> pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Robin Hutt-Banks, Intake Specialist authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Caremark, LLC</u> on *(date)* <u>Mon, Jun 01 2026</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $_

I declare under penalty of perjury that this information is true.

Date: 6/2/2026

_____
*Server's signature*

William Bailey, Process Server
_____
*Printed name and title*

Guaranteed Subpoena Service, P.O. Box 2248 , Union, NJ 07083
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons; First Amended Complaint; Statement of Disclosure of Citizenship and Financial Affiliations

1) Successful Attempt: Jun 1, 2026, 2:16 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St. , Wilmington, DE 19801 received by Robin Hutt-Banks, Intake Specialist authorized to accept. Age: 50; Ethnicity: African American; Gender: Female; Weight: 160 lb; Height: 5'7"; Hair: Brown;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

University of Michigan Hospitals and Health Centers, et al )
)
)
*Plaintiff,* ) Civil Action No. 2:26-cv-11618
)
v. )
CVS Health Corporation et al ) Hon. Susan K. DeClercq
)
)
*Defendant.* )

## SUMMONS IN A CIVIL ACTION

To:     Caremark, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan E. Levitt
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 19, 2026_____

