UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSITY OF MICHIGAN
HOSPITALS AND HEALTH CENTERS;
and EDWARD W. SPARROW
HOSPITAL ASSOCIATION,

     *Plaintiffs*,

      v.

CVS HEALTH CORPORATION;
CAREMARKPCS HEALTH, LLC;
CAREMARK, L.L.C.; CVS SPECIALTY
INC.; WELLPARTNER, LLC; and JOHN
DOES 1-15,

     *Defendants*.

Case No. 2:26-cv-11618

Honorable Susan K. DeClercq
United States District Judge

**JOINT STIPULATION
TO AMEND CAPTION AND COMPLAINT**

Pursuant to Civil Rules 15, 21, and 41, Plaintiffs University of Michigan Hospitals and Health Centers, and Edward W. Sparrow Hospital Association (collectively, "Plaintiffs") and Defendants CVS Health Corp., CaremarkPCS Health, LLC, Caremark, L.L.C., CVS Specialty, Inc., Wellpartner, LLC, and John Does 1-15 (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on May 18, 2026, Plaintiffs filed their Complaint in this action asserting various claims against Defendants, including CVS Specialty, Inc.;

WHEREAS, on May 28, 2026, Plaintiffs filed their Amended Complaint, which also asserts various claims against Defendants, including CVS Specialty, Inc.;

WHEREAS, Defendants' undersigned counsel has represented to Plaintiffs' undersigned counsel that there is no legal entity called "CVS Specialty, Inc."; and

WHEREAS, the Federal Rules of Civil Procedure provide that a "party may amend its pleading . . . with the opposing party's written consent," Fed. R. Civ. P. 15(a)(2), that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party," Fed. R. Civ. P. 21, and that a plaintiff "may dismiss an action" against a defendant by notice or stipulation, Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE, the Parties hereby AGREE and STIPULATE to the following:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby dismiss, without prejudice, all claims against Defendant CVS Specialty, Inc., with each party to bear its own fees and costs.

2. There is no legal entity named CVS Specialty, Inc. "CVS Specialty" is a trade name under which the legal entity Caremark, L.L.C., including its subsidiaries/affiliates, provides specialty pharmacy services.

3. All references in the Complaint and Amended Complaint to "CVS Specialty, Inc." shall be construed as references to Caremark, L.L.C.

4. The caption shall be amended to delete the reference to "CVS Specialty, Inc." and instead read:

| | |
|---|---|
| UNIVERSITY OF MICHIGAN HOSPITALS AND HEALTH CENTERS; and EDWARD W. SPARROW HOSPITAL ASSOCIATION,<br><br>              *Plaintiffs*,<br><br>       v.<br><br>CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC; CAREMARK, L.L.C.; WELLPARTNER, LLC; and JOHN DOES 1-15,<br><br>              *Defendants*. | Case No. 2:26-cv-11618 |

5. This stipulation is intended to accomplish efficiently the above corrections to the caption and allegations referencing CVS Specialty, Inc. Nothing contained herein shall constitute an admission of liability by any Defendant, and Defendants expressly reserve any and all defenses available to them (including the defenses of lack of personal jurisdiction and insufficient service of process). Likewise, nothing in this stipulation shall be construed as affecting the merits of Plaintiffs' legal claims.

6. For purposes of this action only, Caremark, L.L.C. agrees that documents within the possession, custody, or control of an entity operating under the trade name "CVS Specialty" are within the possession, custody or control of Caremark, L.L.C.

The Parties hereby request that the Court enter the attached Order.

Dated: July 8, 2026

Respectfully submitted,

/s/ *Todd Mizeski*
Jonathan E. Levitt
Todd Mizeski

FRIER & LEVITT, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058

Telephone: (973) 618-1660
Facsimile: (973) 618-0650
jlevitt@frierlevitt.com
tmizeski@FrierLevitt.com

*Attorneys for Plaintiffs*

/s/ *Roger P. Meyers*
Roger P. Meyers

BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084

Telephone: (248) 822-7844
Facsimile: (248) 822-7000
meyers@bsplaw.com

Enu Mainigi (*admission forthcoming*)
Grant A. Geyerman (*admission forthcoming*)
Joseph S. Sandoval-Bushur (*admission forthcoming*)

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
ggeyerman@wc.com
jsandoval-bushur@wc.com

*Attorneys for Defendants*

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

<table>
<tr><td>

UNIVERSITY OF MICHIGAN
HOSPITALS AND HEALTH CENTERS;
and EDWARD W. SPARROW
HOSPITAL ASSOCIATION,

     *Plaintiffs*,

     v.

CVS HEALTH CORPORATION;
CAREMARKPCS HEALTH, LLC;
CAREMARK, LLC; CVS SPECIALTY
INC.; WELLPARTNER, LLC; and JOHN
DOES 1-15,

     *Defendants*.

</td><td>

Case No. 2:26-cv-11618

Honorable Susan K. DeClercq
United States District Judge

</td></tr>
</table>

## STIPULATED ORDER TO AMEND CAPTION AND COMPLAINT

The parties have jointly stipulated to amend the caption and complaint. The Court grants this stipulation.

All claims against CVS Specialty, Inc. are dismissed without prejudice under Civil Rule 41(a)(1)(A). References throughout the operative complaint to "CVS Specialty, Inc." shall refer to "Caremark, L.L.C." The caption and docket shall be amended accordingly.

    **IT IS SO ORDERED.**

                             */s/ Susan K. DeClercq*
                             SUSAN K. DECLERCQ
                             United States District Judge

Dated: July 10, 2026