**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

UNIVERSITY OF MICHIGAN HOSPITALS AND HEALTH CENTERS,

*Plaintiff,*

v.

CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC; CAREMARK, L.L.C.; WELLPARTNER, LLC; and JOHN DOES 1-15,

*Defendants.*

Case No. 2:26-cv-11618
Hon. Susan K. DeClercq
Hon. Curtis Ivy, Jr.

**PLAINTIFF'S INDEX OF UNPUBLISHED AUTHORITIES**

1. *Admin. Sys. Research Corp. Int'l v. Davita Healthcare*, 2016 Mich. Cir. LEXIS 410 (Mich. 17th Jud. Cir. Ct. Sept. 15, 2016)

2. *Aragonite Capital Mkts., LLC v. Dark Horse Media, LLC,* 2023 U.S. Dist. LEXIS 53193 (N.D. Ohio Mar. 28, 2023)

3. *Atkins v. Unknown Henning,* 2024 U.S. Dist. LEXIS 44005 (W.D. Mich. Mar. 13, 2024)

4. *Frisch v. FCA US, LLC,* 2026 U.S. Dist. LEXIS 141394 (E.D. Mich. June 25, 2026)

5. *Grand Traverse Band of Ottawa & Chippewa Indians v. Blue Cross Blue Shield of Mich.,* 2017 U.S. Dist. LEXIS 113759 (E.D. Mich. July 21, 2017)

6. *Great Lakes Acquisition Corp. v. Roncelli,* 2021 Mich. Cir. LEXIS 718 (Mich. 6th Jud. Cir. Ct. Sept. 28, 2021)

7. *Kircher v. Boyne USA, Inc.,* 2025 Mich. LEXIS 479 (Mich. Mar. 27, 2025)

8. *Leonor v. Provident Life & Accident Co.,* 2013 U.S. Dist. LEXIS 38423 (E.D. Mich. Mar. 20, 2013)

9. *Liggett Rest. Grp. v. City of Pontiac,* 2005 Mich. App. LEXIS 2962 (Mich. Ct. App. Nov. 29, 2005)

10. *Luxury Limousine, Inc. v. Nat'l Indem. Co.,* 2019 U.S. Dist. LEXIS 132596 (E.D. Mich. Aug. 7, 2019)

11. *Mannion v. Henry Elec., LLC,* 2026 U.S. Dist. LEXIS 17633 (E.D. Mich. Jan. 29, 2026)

12. *Philhower v. Philhower,* 2024 U.S. Dist. LEXIS 158548 (E.D. Mich. 2024)

13. *PTN-NRS, LLC v. Cnty. of Wayne,* 2017 Mich. App. LEXIS 1523 (Mich. Ct. App. Oct. 5, 2017)

14. *Steel Strip Wheels, Ltd. v. General Rigging, LLC,* 2009 U.S. Dist. LEXIS 90407 (E.D. Mich. 2009)

15. *Taylor v. Waste Mgmt. of Mich.,* 2023 Mich. App. LEXIS 6802 (Mich. Ct. App. Sept. 21, 2023)